OFFICE OF DISCIPLINARY COUNSEL *v.* BELL.

[Cite as *Disciplinary Counsel v. Bell* (1998), 83 Ohio St.3d 310.]

(No. 98–718—Submitted May 27, 1998—Decided September 30, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*John Ashley Bell, pro se.*

---

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.